DEVIN DERHAM-BURK, CHAPTER 13 TRUSTEE - DIVISION 5
SBN 104353
MAILING ADDRESS:   P.O. BOX 50013
                   SAN JOSE, CA  95150-0013

TELEPHONE:   (408) 354-4413
FACSIMILE:   (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

IN RE:

ACAYA, LETICIA

Debtor(s)

CHAPTER 13 CASE NO. 06-5-1741 MMOR

**TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE**
341 Meeting: OCTOBER 18, 2006 @ 11:45 AM
Pre-Hearing Conference Date: DECEMBER 15, 2006
Pre-Hearing Conference Time: 10:00 AM
Judge: MORGAN
Pre-Hearing Conference Place: U.S. Bankruptcy Court, SALINAS

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. Pursuant to Section 3 of the plan, the debtor is proposing to compromise the claim of Wells Fargo Finance Acceptance. Additional time is needed in order to determine whether the creditor accepts or rejects the proposed compromise.

Dated: October 3, 2006                              /S/ Devin Derham-Burk

                                                    _____
                                                    #104353 Chapter 13 Trustee

Case: 06-51741    Doc# 11    Filed: 10/04/06    Entered: 10/04/06 21:12:32    Page 1 of 2
forms pleading legal ddb objection -- Page 1 of 2
[c:\documents and settings\echew\my documents\objections\kleman\acaya 0651741.doc]

## CERTIFICATE OF SERVICE BY MAIL
### [B.R. 7005, F.R.C.P. 5]

I am not less than 18 years of age and not a party to the within case. My business address is 983 University Avenue, Los Gatos, California. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

On October 4, 2006, a true and accurate photo-copy of the following described document,

- OBJECTION TO CONFIRMATION

was placed for service, in the Trustee's internal mail collection system, in a sealed envelope to be delivered by mail with the with the United States Postal Service with postage prepaid, postage addressed as follows:

| LETICIA ACAYA | THE LAW OFFICES OF RODNEY KLEMAN |
|---|---|
| 10540 GEIL STREET | 400 CAMINO EL ESTERO |
| CASTROVILLE, CA  95012 | MONTEREY, CA  93940 |

In addition to the foregoing, if any of the following are checked, service at the addresses and/or fax numbers noted above was also completed by:
___ Facsimile Transmission
___ Federal Express
___ Certified Mail
___ Personal hand Delivery
___ Express mailing

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on October 4, 2006, at Los Gatos, California.

/S/ Erin Chew
_____
# 5911